## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: GELFOND, IGOR | § Case No. 06-08789 |
| GELFOND, ELENA | § |
| | § |
| Debtor(s) GELFOND, LENA | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,873,510.00 *(without deducting any secured claims)* | Assets Exempt: $8,310.00 |
| Total Distribution to Claimants: $6,187.11 | Claims Discharged Without Payment: $678,218.32 |
| Total Expenses of Administration: $3,888.53 | |

3) Total gross receipts of $ 10,075.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,075.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,888.53 | 3,888.53 | 3,888.53 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 684,405.43 | 684,405.43 | 6,187.11 |
| **TOTAL DISBURSEMENTS** | $0.00 | $688,293.96 | $688,293.96 | $10,075.64 |

4) This case was originally filed under Chapter 7 on July 24, 2006.
. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2010         By: /s/JOHN E. GIERUM
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit counterclaim (u) | 1149-000 | 10,000.00 |
| Interest Income | 1270-000 | 75.64 |
| **TOTAL GROSS RECEIPTS** | | **$10,075.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gierum & Mantas | 3110-000 | N/A | 1,080.87 | 1,080.87 | 1,080.87 |
| JOHN E. GIERUM | 2200-000 | N/A | 25.21 | 25.21 | 25.21 |
| JOHN E. GIERUM | 2100-000 | N/A | 1,757.45 | 1,757.45 | 1,757.45 |
| Illinois Department of Revenue | 2820-000 | N/A | 165.00 | 165.00 | 165.00 |
| Lois West, Popowcer Katten Ltd. | 3410-000 | N/A | 860.00 | 860.00 | 860.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,888.53 | 3,888.53 | 3,888.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ben Brenner | 7100-000 | N/A | 10,673.40 | 10,673.40 | 96.51 |
| 2 | TBF Financial LLC | 7100-000 | N/A | 32,837.65 | 32,837.65 | 296.90 |
| 3 | Discover Bank/Discover Financial Service | 7100-000 | N/A | 12,008.14 | 12,008.14 | 108.57 |
| 5 | Aron & Tsilya Baskin | 7100-000 | N/A | 12,000.00 | 12,000.00 | 0.00 |
| 7 | eCAST Settlement Corporation/* was HFC claim | 7100-000 | N/A | 6,492.70 | 6,492.70 | 58.70 |
| 8 | American Express Bank FSB | 7100-000 | N/A | 1,678.87 | 1,678.87 | 15.18 |
| 9 | American Express Travel Related Svcs Co | 7100-000 | N/A | 15,378.88 | 15,378.88 | 139.05 |
| 10 | American Enterprise Bank | 7100-000 | N/A | 564,749.20 | 564,749.20 | 5,106.21 |
| 11 | LVNV Funding LLC its successors as | 7100-000 | N/A | 28,478.09 | 28,478.09 | 257.49 |
|  | Clerk of the Bankruptcy Court | 7100-000 | N/A | 108.50 | 108.50 | 108.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 684,405.43 | 684,405.43 | 6,187.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 06-08789 | | Trustee: | (520171) | JOHN E. GIERUM |
| Case Name: | GELFOND, IGOR | | Filed (f) or Converted (c): | 07/24/06 (f) | |
| | GELFOND, ELENA | | §341(a) Meeting Date: | 08/24/06 | |
| Period Ending: | 11/04/10 | | Claims Bar Date: | 02/08/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence (s) | 1,800,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental real estate (s) | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Pocket cash (s) | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods (s) | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel (s) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jeep lease | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | Acura lease (s) | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Lawsuit counterclaim (u) | Unknown | Unknown | DA | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 75.64 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | $1,873,510.00 | $0.00 | | $10,075.64 | $0.00 |

**Major Activities Affecting Case Closing:**

review of claims complete to finish tax work

Initial Projected Date Of Final Report (TFR): December 31, 2008      Current Projected Date Of Final Report (TFR): December 31, 2010

Printed: 11/04/2010 01:58 PM   V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-08789  
**Case Name:** GELFOND, IGOR  
GELFOND, ELENA  
**Taxpayer ID #:** **-***1536  
**Period Ending:** 11/04/10

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-65 - Money Market Account  
**Blanket Bond:** $69,308,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/07 | {8} | American Enterprise Bank | Settlement Proceeds | 1149-000 | 10,000.00 | | 10,000.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.80 | | 10,004.80 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.52 | | 10,010.32 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.16 | | 10,015.48 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.70 | | 10,021.18 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.52 | | 10,026.70 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.99 | | 10,031.69 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.89 | | 10,037.58 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.22 | | 10,042.80 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.11 | | 10,047.91 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.59 | | 10,052.50 |
| 02/05/08 | | To Account #********4366 | BOND REIMBURSEMENT | 9999-000 | | 8.63 | 10,043.87 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.06 | | 10,045.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.86 | | 10,047.79 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.40 | | 10,049.19 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 10,050.44 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,051.71 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,052.98 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.19 | | 10,054.17 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,055.48 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.09 | | 10,056.57 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.79 | | 10,057.36 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 10,058.07 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,058.48 |
| 02/19/09 | | To Account #********4366 | BOND REIMBURSEMENT | 9999-000 | | 8.75 | 10,049.73 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,050.11 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,050.54 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,050.95 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,051.34 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,051.77 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,052.19 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,052.61 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,053.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,053.43 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,053.85 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,054.27 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,054.66 |

Subtotals: $10,072.04    $17.38

{} Asset reference(s)

Printed: 11/04/2010 01:58 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-08789 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GELFOND, IGOR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GELFOND, ELENA | | Account: | ***-*****43-65 - Money Market Account |
| Taxpayer ID #: | **-***1536 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/12/10 | | To Account #********4366 | TRANSFER OF FUNDS | 9999-000 | | 7.83 | 10,046.83 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,047.21 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 10,047.66 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.25 | | 10,047.91 |
| 04/20/10 | | Wire out to BNYM account 9200******4365 | Wire out to BNYM account 9200******4365 | 9999-000 | -10,047.91 | | 0.00 |
| | | | ACCOUNT TOTALS | | 25.21 | 25.21 | $0.00 |
| | | | Less: Bank Transfers | | -10,047.91 | 25.21 | |
| | | | Subtotal | | 10,073.12 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,073.12 | $0.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-08789 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GELFOND, IGOR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GELFOND, ELENA | | Account: | \*\*\*-\*\*\*\*\*43-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*1536 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/08 | | From Account #\*\*\*\*\*\*\*\*4365 | BOND REIMBURSEMENT | 9999-000 | 8.63 | | 8.63 |
| 02/05/08 | 101 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #06-08789, Bond Reimbursement (Bond #016026455) | 2200-000 | | 8.63 | 0.00 |
| 02/19/09 | | From Account #\*\*\*\*\*\*\*\*4365 | BOND REIMBURSEMENT | 9999-000 | 8.75 | | 8.75 |
| 02/19/09 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #06-08789, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 8.75 | 0.00 |
| 02/12/10 | | From Account #\*\*\*\*\*\*\*\*4365 | TRANSFER OF FUNDS | 9999-000 | 7.83 | | 7.83 |
| 02/12/10 | 103 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 06-08789 | 2200-000 | | 7.83 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 25.21 | 25.21 | $0.00 |
| Less: Bank Transfers | 25.21 | 0.00 | |
| Subtotal | 0.00 | 25.21 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $25.21 | |

{} Asset reference(s)

Printed: 11/04/2010 01:58 PM V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06-08789 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GELFOND, IGOR | | Bank Name: | The Bank of New York Mellon |
| | GELFOND, ELENA | | Account: | 9200-******43-65 - Money Market Account |
| Taxpayer ID #: | **-***1536 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4365 | Wire in from JPMorgan Chase Bank, N.A. account ********4365 | 9999-000 | 10,047.91 | | 10,047.91 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 10,048.12 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,048.71 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 10,049.29 |
| 07/13/10 | | To Account #9200******4366 | TRANSFER OF FUNDS | 9999-000 | | 165.00 | 9,884.29 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 9,884.88 |
| 08/30/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.55 | | 9,885.43 |
| 08/30/10 | | To Account #9200******4366 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 9,885.43 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,050.43 | 10,050.43 | $0.00 |
| | | | Less: Bank Transfers | | 10,047.91 | 10,050.43 | |
| | | | Subtotal | | 2.52 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2.52 | $0.00 | |

{} Asset reference(s)        Printed: 11/04/2010 01:58 PM    V.12.54

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 06-08789 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GELFOND, IGOR | | Bank Name: | The Bank of New York Mellon |
| | GELFOND, ELENA | | Account: | 9200-******43-66 - Checking Account |
| Taxpayer ID #: | **-***1536 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/10 | | From Account #9200******4365 | TRANSFER OF FUNDS | 9999-000 | 165.00 | | 165.00 |
| 07/13/10 | 10104 | Illinois Department of Revenue | 2007 IL-1041 | 2820-000 | | 165.00 | 0.00 |
| 08/30/10 | | From Account #9200******4365 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 9,885.43 | | 9,885.43 |
| 08/31/10 | 10105 | JOHN E. GIERUM | | 2100-000 | | 1,757.45 | 8,127.98 |
| 08/31/10 | 10106 | Gierum & Mantas | | 3110-000 | | 1,080.87 | 7,047.11 |
| 08/31/10 | 10107 | Lois West, Popowcer Katten Ltd. | First and Final Distribution | 3410-000 | | 860.00 | 6,187.11 |
| 08/31/10 | 10108 | Ben Brenner | First and Final Distribution | 7100-000 | | 96.51 | 6,090.60 |
| 08/31/10 | 10109 | TBF Financial LLC | First and Final Distribution | 7100-000 | | 296.90 | 5,793.70 |
| 08/31/10 | 10110 | Discover Bank/Discover Financial Service | First and Final Distribution | 7100-000 | | 108.57 | 5,685.13 |
| 08/31/10 | 10111 | Aron & Tsilya Baskin | First and Final Distribution<br>Stopped on 10/15/10 | 7100-000 | | 108.50 | 5,576.63 |
| 08/31/10 | 10112 | eCAST Settlement Corporation/* was HFC claim | First and Final Distribution | 7100-000 | | 58.70 | 5,517.93 |
| 08/31/10 | 10113 | American Express Bank FSB | First and Final Distribution | 7100-000 | | 15.18 | 5,502.75 |
| 08/31/10 | 10114 | American Express Travel Related Svcs Co | First and Final Distribution | 7100-000 | | 139.05 | 5,363.70 |
| 08/31/10 | 10115 | American Enterprise Bank | First and Final Distribution | 7100-000 | | 5,106.21 | 257.49 |
| 08/31/10 | 10116 | LVNV Funding LLC its successors as | First and Final Distribution | 7100-000 | | 257.49 | 0.00 |
| 10/15/10 | 10111 | Aron & Tsilya Baskin | First and Final Distribution<br>Stopped: check issued on 08/31/10 | 7100-000 | | -108.50 | 108.50 |
| 10/18/10 | 10117 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 7100-000 | | 108.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,050.43 | 10,050.43 | $0.00 |
| | | | Less: Bank Transfers | | 10,050.43 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,050.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,050.43 | |

{} Asset reference(s)      Printed: 11/04/2010 01:58 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 06-08789 | | Trustee: | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- | --- |
| Case Name: | GELFOND, IGOR | | Bank Name: | The Bank of New York Mellon |
| | GELFOND, ELENA | | Account: | 9200-******43-66 - Checking Account |
| Taxpayer ID #: | **-***1536 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****43-65 | 10,073.12 | 0.00 | 0.00 |
| Checking # ***-*****43-66 | 0.00 | 25.21 | 0.00 |
| MMA # 9200-******43-65 | 2.52 | 0.00 | 0.00 |
| Checking # 9200-******43-66 | 0.00 | 10,050.43 | 0.00 |
| | $10,075.64 | $10,075.64 | $0.00 |

{} Asset reference(s)  Printed: 11/04/2010 01:58 PM  V.12.54